1  DANIEL G. BOGDEN
   United States Attorney
2  PHILLIP N. SMITH, JR.
   Assistant United States Attorney
3  Lloyd D. George United States Courthouse
   333 Las Vegas Blvd. South, Suite 5000
4  Las Vegas, Nevada  89101
   (702) 388-6336

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | ) | 2:11-mj-709-PAL |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |
| vs. | ) | |
| STANLEY GIBSON, | ) | |
| Defendant. | ) | |

The United States of America, by and through the undersigned attorneys, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Complaint filed on October 25, 2011 (*See* Docket #5).  On November 1, 2011, the Defendant pleaded guilty to Assault on a Federal Employee in violation of Title 18, United States Code, Section 111(a)(1).  The matter was set for sentencing to be held on February 8, 2012.  On December 12, 2011, undersigned counsel was notified that the Defendant had been shot and killed by an officer of the Las Vegas Metropolitan Police Department.  Consequently, the Criminal Complaint in this case is ripe for dismissal.

DATED:  December 16, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

 */s/*
PHILLIP N. SMITH, JR.
Assistant United States Attorney

1  DANIEL G. BOGDEN
   United States Attorney
2  PHILLIP N. SMITH, JR.
   Assistant United States Attorney
3  333 Las Vegas Blvd South, Suite 5000
   Las Vegas, Nevada  89101
4  (702) 388-6336
   Attorneys for Plaintiff
5

6                    **UNITED STATES DISTRICT COURT**

7                           **DISTRICT OF NEVADA**

8                                   **-oOo-**

9  UNITED STATES OF AMERICA,            )   2:11-mj-709-PAL
                                         )
10                 PLAINTIFF,            )   GOVERNMENT'S MOTION TO DISMISS
                                         )   CRIMINAL COMPLAINT PURSUANT TO
11  vs.                                  )   FEDERAL RULE OF CRIMINAL
                                         )   PROCEDURE 48(A)
12  STANLEY GIBSON,                      )
                                         )
13                 DEFENDANT.            )
   _____ )
14

15

16              **ORDER DISMISSING CRIMINAL COMPLAINT**

17       Based on the Motion of the Government, and good cause appearing therefore, **IT IS HEREBY**

18  **ORDERED** that the Criminal Complaint filed herein under case number 2:11-mj-709-PAL is

19  **DISMISSED** pursuant to Federal Rule of Criminal Procedure 48(a).

20       DATED this 35ÿ "day of Lcpwct{, 2̶0̶1̶1̶. 2012

21

22

23                                           _____
                                             UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28